An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD EARL NICHOLSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62687

**FILED**

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

We lack jurisdiction to consider this appeal because the district court order entered on January 14, 2013, did not resolve all of the claims raised below and was not a final order. Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Douglas W. Herndon, District Judge
     Law Offices of C. Conrad Claus
     Richard Earl Nicholson
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10930